Ryan J. Cooper
COOPER, LLC
1250 Broadway, 36th Floor
New York, NY, 10001
(646) 475-8023
ryan@cooperllc.com
*Counsel for Lockey Maisonneuve,*
*The MTL Communications Group, & Melisa Tropeano*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENEDICT CAIOLA,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKEY MAISONNEUVE, MELISA TROPEANO, and THE MTL COMMUNICATIONS GROUP LLC,<br><br>    Defendants. | Civil Action No. 1:18-cv-11646-NRB<br><br>**NOTICE OF RELATED CASE** |
| LOCKEY MAISONNEUVE,<br><br>    Plaintiff,<br><br>v.<br><br>BENEDICT CAIOLA,<br><br>    Defendant. | Civil Action No. 1:19-cv-02567-VEC |

PURSUANT TO Local Civil Rule 1.6, Lockey Maisonneuve hereby gives notice that the above captioned actions currently pending before this Court are related in that they involve common parties and arise out of the same facts and circumstances.

Specifically, in October 2017, Lockey Maisonneuve and Benedict Caiola entered into an Investor Agreement wherein Caiola agreed to fund efforts to "realize the editing, design, publication, marketing and distribution of" Maisonneuve's memoir entitled, *A Girl Raised By*

*Wolves*. Pursuant to the Investor Agreement, Maisonneuve and Caiola retained a publicist: The MTL Communications Group, and its principal Melisa Tropeano. On June 5, 2018, Maisonneuve terminated the Investor Agreement on account of Caiola's fraud and breach. Every claim asserted in these two actions arises out of that commercial relationship among the parties and implicates the parties' respective rights and obligations under the Investor Agreement.

The action *Maisonneuve v. Caiola,* No. 1:19-cv-02567-VEC was commenced on June 26, 2018, in the New Jersey Superior Court, Union County; on September 17, 2018, Caiola removed the action to the United States District Court for the District of New Jersey; and on March 15, 2019, that court transferred the action to this Court.

The action *Caiola v. Maisonneuve, et al.*, No. 1:18-cv-11646-NRB, was commenced on December 13, 2018, and on January 14, 2019 was stayed pending the related proceedings then pending in the District of New Jersey. On December 14, 2018, Caiola filed a Notice of Related Case in that action, stating that these two actions are related. (*See* No. 18-11646, ECF No. 7.)

|  |  |
|---|---|
| Dated: March 22, 2019 | Respectfully submitted,<br>COOPER, LLC<br> /s/Ryan J. Cooper            <br>Ryan J. Cooper<br>COOPER, LLC<br>1250 Broadway, 36th Floor<br>New York, NY, 10001<br>(646) 475-8023<br>ryan@cooperllc.com<br><br>*Counsel for Lockey Maisonneuve,*<br>*The MTL Communications Group, & Melisa Tropeano* |
| OF COUNSEL:<br><br>Carlos S. Montoya<br>COOPER, LLC<br>1635 Market Street, Suite 1600<br>Philadelphia, PA 19103<br>(908) 514-8830<br>carlos@cooperllc.com<br><br>Brian P. Egan<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@mnat.com |  |