UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4\4\19
```

Plaintiff,
LOCKEY MAISONNEUVE

vs.

Defendant,
BENEDICT CAIOLA

Case No. 1:19-cv-02567-NRB

**PROPOSED ORDER GRANTING SUAREZ & SUAREZ'S MOTION TO WITHDRAW AS CO-COUNSEL**

NOW BEFORE THIS COURT is the Motion to Withdraw as Co-Counsel filed by Suarez & Suarez. On consideration of the Notice of Motion, and the supporting Affirmation of Heather G. Suarez, the Court finds there to be good cause for granting the requested relief to Suarez & Suarez.

IT IS THEREFORE ORDERED that the Motion by Suarez & Suarez to withdraw as co-counsel is granted.

IT IS SO ORDERED

_____
Hon. Naomi Reice Buchwald, U.S.D.J.

Date: April 4, 2019