

**COUNSELORS AT LAW**

Cooper, LLC
1250 Broadway, 36th Fl.
New York, NY 10001
t: 908.514.8830

Ryan J. Cooper, Esq.
ryan@cooperllc.com

June 14, 2019

**VIA CM/ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/19
```

    Re:    *Caiola v. Maisonneuve et al.*, No. 1:18-cv-11646-NRB
           *Maisonneuve v. Caiola*, No. 19-cv-02567-NRB

Dear Judge Buchwald:

    The parties jointly submit this letter pursuant to the Court's May 21, 2019 Order (ECF No. 32).

    Counsel have continued to meet and confer on their respective accountings and a proposed Term Sheet embodying a potential settlement.

    This week, Mr. Benedict Caiola substituted his prior counsel, Robert Whitman of Mischon de Ray New York LLP, with Gary M. Fellner of Porzio Bromberg & Newman P.C. This morning the undersigned spoke to Mr. Fellner and we have agreed to allow Mr. Fellner two weeks to become familiar with the issues in the two pending actions and to continue to discuss possible settlement.

    Accordingly, the parties respectfully propose to provide another written status report on July 1, 2019, with a tentative status conference to be held after that date.

*Application granted.*

*[signature] Naomi Reice Buchwald, USDJ*
6/17/19

Very truly yours,
/s/Ryan J. Cooper
Ryan J. Cooper

cc:    *All Counsel of Record*