```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENEDICT CAIOLA,

                Plaintiff,

v.

LOCKEY MAISONNEUVE,
MELISA TROPEANO, and
THE MTL COMMUNICATIONS GROUP LLC,

                Defendants.
------------------------------------------------------------X

Case No. 18cv11646-NRB

19cv2567

## NOTICE OF MOTION TO WITHDRAW AS CO-COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to the Stipulation and Order of Substitution of Counsel filed on June 17, 2019 (D.I. 33), and the Order granting substitution (D.I. 37), the undersigned firm and attorneys of Mishcon de Reya New York LLP move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order pursuant to Local Rule 1.4 granting their Motion to Withdraw as Co-Counsel for Plaintiff Benedict Caiola, and the matter will proceed with co-counsel remaining in the case.

Dated: June 20, 2019
       New York, New York

**MISHCON DE REYA NEW YORK LLP**

By: _____
Vincent Filardo, Jr.
Elizabeth Long
vincent.filardo@mishcon.com
elizabeth.long@mishcon.com
156 Fifth Avenue, Suite 904
New York, NY 10010
Tel: (212) 612-3270
Fax: (212) 612-3297

*So Ordered.*

*Naomi Reice Buchwald, USDJ*

June 24, 2019